IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA SHELTON | ) | |
| | ) | |
| v. | ) | NO. 3:20-01106 |
| | ) | |
| ADVANCED DRAINAGE SYSTEMS | ) | |

**TO:** Honorable Eli J. Richardson, District Judge

R E P O R T   A N D   R E C O M M E N D A T I O N

By Order entered January 5, 2021 (Docket Entry No. 3), the Court referred this action to the Magistrate Judge for pretrial proceedings under 28 U.S.C. §§ 636(b)(1)(A) and (B), Rule 72(b) of the Federal Rules of Civil Procedure, and the Local Rules of Court.

Amanda Shelton ("Plaintiff") filed this *pro se* lawsuit on December 28, 2020, seeking relief under the Americans with Disabilities Act. The Court twice advised Plaintiff that, although she is proceeding *pro se* without the assistance of an attorney, she is responsible for serving Defendant with a summons and complaint in compliance with Rule 4 of the Federal Rules of Civil Procedure. *See* Orders entered January 5, 2021 (Docket Entry No. 3), and February 4, 2021 (Docket Entry No. 4). To-date, Plaintiff has taken no action to have a summons issued and (or) to have Defendant served with process in the case.

Rule 4(m) of the Federal Rules of Civil Procedure requires that Defendant be served with process within 90 days of the date this action was filed and provides that, in the absence of a showing of good cause by Plaintiff for why service has not been timely made, the Court "must dismiss" the action without prejudice. Because more than 90 days have passed since this action was filed and Defendant has not been served with process, the action must be dismissed without

prejudice in accordance with Rule 4(m). The Court notes that Plaintiff was specifically advised by the February 4, 2021, Order that the action would be dismissed if process was not timely made upon Defendant Although Plaintiff is proceeding *pro se,* she must still comply with the basic procedural rules applicable to all litigants. *See Jourdan v. Jabe*, 951 F.2d 108, 110 (6th Cir. 1991); *Aug. v. Caruso*, 2015 WL 1299888, *6 (E.D. Mich. Mar. 23, 2015) ("pro se parties must follow the same rules of procedure that govern other litigants").

## R E C O M M E N D A T I O N

Accordingly, it is respectfully RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

ANY OBJECTIONS to this Report and Recommendation must be filed within fourteen (14) days of service of this Report and Recommendation and must state with particularity the specific portions of this Report and Recommendation to which objection is made. *See* Rule 72(b)(2) of the Federal Rules of Civil Procedure and Local Rule 72.02(a). Failure to file written objections within the specified time can be deemed a waiver of the right to appeal the District Court's Order regarding the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Any response to the objections must be filed within fourteen (14) days after service of objections. *See* Federal Rule 72(b)(2) and Local Rule 72.02(b).

BARBARA D. HOLMES
United States Magistrate Judge

2

Case 3:20-cv-01106    Document 5    Filed 05/25/21    Page 2 of 2 PageID #: 32